UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
FCS ADVISORS, LLC DBA BREVET CAPITAL
ADVISORS,

                                 Plaintiff,                            Case No.: 1:23-cv-07345

      - v. -                                            ~~PROPOSED~~
                                                       **DEFAULT JUDGMENT**

SMOKIN JOES BBQ and JOE T. SELLS,

                               Defendants.

-----------------------------------------------------------------x

        This action having commenced on August 18, 2023 by the filing of the Summons and Complaint; a copy of the Summons and Complaint having been personally served on the Defendants on August 24, 2023; proof of service having been filed on September 3, 2023 (ECF Nos. 9-10); Defendants having not answered or otherwise responded to the Complaint; and the time for answering the Complaint having expired, it is

        ORDERED, ADJUDGED AND DECREED: That the Plaintiff have judgment against Defendants in the amount of $166,391.91, with interest at 9% from January 15, 2023 amounting to $11,354.54 (calculated from January 15, 2023, the approximate mid-point between the dates Smokin Joes received payment from the IRS and failed to pay Brevet), plus late fees in the amount of $6,655.68, a default fee in the amount of $5,081.76, attorneys' fees in the amount of $19,748.05, costs and disbursements of this action in the amount of $1,068.80, amounting to a total of $210,300.74.

Dated: New York, New York

           November 15, 2023

SO ORDERED:

*/s/ Andrew L. Carter, Jr.*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE